```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA

                                    CASE NO. 07-61916-CIV-JORDAN
                                    MAGISTRATE JUDGE P.A. WHITE

KEVIN ALLEN,                    :

       Plaintiff,               :
                                                  REPORT
v.                              :         OF MAGISTRATE JUDGE
                                             (DE#13 and 19)
SHERIFF LAMBERTI, et al.,
                                :
       Defendants.
_____   :
```

The plaintiff Kevin Allen, while confined at the North Broward Detention Center, filed a pro se civil rights complaint pursuant to 42 U.S.C. §1983 [DE# 1]. The plaintiff has been granted leave to proceed in forma pauperis. Defendant Lamberti's motion for summary judgment is pending (DE#13) and he has filed a motion to dismiss (DE#19).

The plaintiff named as defendants the Broward County Sheriff Al Lamberti and Armor Correctional Health Services ("Armor"), the corporate entity under contract with Broward County to provide medical care to inmates. The plaintiff alleged that he entered the North Broward Detention Center on October 27, 2007 with severe injuries suffered during his arrest. He claims that he has received no medical care other than over-the-counter pain medication.

The plaintiff alleged that due to the injuries suffered during his arrest, he is in severe pain and has lost some vision, but he has received inadequate medical care.

The plaintiff was permitted to proceed on the claim of denial of medical care against Sheriff Lamberti, and he was permitted to amend his complaint to identify additional alleged wrongdoers. Defendant Sheriff Lamberti filed an Answer (DE#11) and a motion for summary judgment on July 17, 2008 (DE#13 and 14). An Order of instructions was sent to the plaintiff as to filing a reply to the motion for summary judgment. The Order was sent to the plaintiff, who is no longer in custody, at 3033 South Military Trail in Lake Worth, Florida.[1] The mail was returned to the Court as undeliverable on August 6, 2008.

The defendant has filed a motion to dismiss (DE#19) for lack of prosecution, stating that the plaintiff has failed to file his pre-trial statement. (DE#19). The plaintiff has filed no change of address with the Court, and the Court, as well as the parties in this lawsuit are unable to contact him.

It appears that the plaintiff is no longer litigating this case. It is therefore recommended as follows:

1. The defendant's motion to dismiss for lack of prosecution (DE#19) be granted, and this case be dismissed without prejudice.

2. The defendant's motion for summary judgment (DE#13) be dismissed without prejudice.

Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

---

[1] The defendant states that the last documented address with Probation was the Lake Worth, Florida address, returned to the Court as undeliverable.

It is so recommended at Miami, Florida, this 20ᵗʰ day of August, 2008.

                                                       _____
                                                       UNITED STATES MAGISTRATE JUDGE


cc:   Kevin Allen, Pro Se
      No longer in custody
      3033 South Military Trail
      Lake Worth, FL
      (Last known address)
      Address of record

      Robert Yates, Esq.
      Schwartzreich & Yates
      Fort Lauderdale, FL 33340
      Attorney of Record