UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-61916-CIV-JORDAN

| | |
|---|---|
| KEVIN ALLEN | ) |
| Plaintiff | ) ) ) |
| vs. | ) ) |
| SHERIFF AL LAMBERTI et al. | ) ) |
| Defendant | ) ) |

**CLOSED CIVIL CASE**

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon a de novo review of the record, I adopt the report issued by Magistrate Judge White [D.E. 20]. Accordingly, Sheriff Lamberti's motion to dismiss [D.E. 19] is granted, and his motion for summary judgment [D.E. 13] is denied as moot.

This case is dismissed for lack of prosecution. *See Link v. Wabash R. Co.,* 370 U.S. 626, 629-32 (1962).

All pending motions are denied as moot, and this case is closed.

DONE and ORDERED in chambers in Miami, Florida, this 15th day of September, 2008.

Adalberto Jordan
United States District Judge

Copy to:   Magistrate Judge White, all counsel of record, and Kevin Allen, pro se, 3033 South Military Trail, Lake Worth, FL 33461 (last known address)